AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) Case No. 21-MJ-13032 |
| HASSAN CRAWFORD | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HASSAN CRAWFORD
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

Date: 01/27/2021

*RECEIVED JAN 27 2021 USMS NY/NJ RFTF*

*Leda Dunn Wettre*
*Issuing officer's signature*

City and state: Newark, NJ

Hon. Leda Dunn Wettre, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 1/27/21, and the person was arrested on *(date)* 4/29/22
at *(city and state)* Northern State Prison Detainer

Date: 4/29/22

*Arresting officer's signature*

*Printed name and title*